# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HUMBERTO PACHECO-VERDIN,<br>　aka "Carlos Kiros-Pachelo,"<br>　aka "Humberto Pacheco,"<br>　aka "Humberto Verdin,"<br>　aka "Carlso Kiros-Pacheco,"<br>　aka "Guillermo Ortega-Mangares,"<br>　aka "John Doe,"<br><br>　　　　Defendant. | Case No. 2:22-mj-949-NJK<br><br>[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment<br><br>[Docket No. 13] |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on December 27, 2022 at the hour of 4:00 p.m., be vacated and continued to 4:00 p.m. on March 29, 2023, in Courtroom 3C.

DATED this  20th  day of December, 2022.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE