# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBERTO PACHECO-VERDIN,<br>    aka "Carlos Kiros-Pachelo,"<br>    aka "Humberto Pacheco,"<br>    aka "Humberto Verdin,"<br>    aka "Carlso Kiros-Pacheco,"<br>    aka "Guillermo Ortega-Mangares,"<br>    aka "John Doe,"<br><br>    Defendant. | Case No. 2:22-mj-949-NJK<br><br>[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on March 29, 2023 at the hour of 4:00 p.m., be vacated and continued to 4:00 p.m. on on July 3, 2023, in Courtroom 3C.

DATED this 16th day of March, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

5